## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JOSHUA WHITELEY**  **PETITIONER**
*Reg #47465-177*

v.  **CASE NO. 2:22-CV-00246-BSM**

**C. EDGE, Acting Warden,**
**FCI Forrest City, Arkansas**  **RESPONDENT**

### ORDER

After *de novo* review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 15] is adopted, and Joshua Whiteley's habeas petition [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 16th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE