IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOSHUA WHITELEY**                                                                                          **PETITIONER**
*Reg #47465-177*

v.                                        CASE NO. 2:22-CV-00246-BSM

**C. EDGE, Acting Warden,**
**FCI Forrest City, Arkansas**                                                                       **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE